

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1426.   State ex rel. Kill v. Indus. Comm.**
Franklin App. No. 05AP–934.

**2006–1544.   State ex rel. Hilltop Basic Resources, Inc. v. Cincinnati.**
Hamilton App. No. C–050774, 2006-Ohio-3348.